1  **CANDIS MITCHELL**
   California State Bar No.  242797
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Candis_Mitchell@fd.org

5  Attorneys for Mr. Trejo-Manriquez

6

7

8                          UNITED STATES DISTRICT COURT

9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )    Case No. 08MJ1110
                                      )
12          Plaintiff,                )
                                      )
13 v.                                 )
                                      )    **NOTICE OF APPEARANCE**
14 **RUBEN TREJO-MANRIQUEZ,**         )
                                      )
15                                    )
          Defendant.                  )
16 _____   )

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney

19 in the above-captioned case.

20                                         Respectfully submitted,

21

22 Dated: April 15, 2008                   /s/ *Candis Mitchell*
                                           **CANDIS L. MITCHELL**
23                                         Federal Defenders of San Diego, Inc.
                                           Attorneys for Mr. Trejo-Manriquez
24                                         Candis_Mitchell@fd.org

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2          Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3   and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4          Courtesy Copy to Chambers

5          Copy to Assistant U.S. Attorney via ECF NEF

6

7   Dated:  April 15, 2008                              */s/  Candis Mitchell*
                                                        **CANDIS L. MITCHELL**
8                                                       Federal Defenders of San Diego, Inc.
                                                        225 Broadway, Suite 900
9                                                       San Diego, CA  92101-5030
                                                        (619) 234-8467  (tel)
10                                                      (619) 687-2666  (fax)
                                                        Candis_Mitchell@fd.org

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08MJ1110